# Exhibit A

# *Glacial Energy of Ohio, Inc.*
## *Commercial/Industrial Electricity Wire Agreement*
Glacial Financial Services

| | |
|---|---|
| Company Name   Warren Steel Holdings (#35485893) | Primary Contact Name _____ |
| 4000 Mahoning Avenue | Phone(s) _____ |
| Warren, Ohio 44483 | Fax _____ |
| Federal Tax ID# _____ | Email _____ |
| Desired Start Date: ~~April 2012~~ ASAP | Secondary Contact Name _____ |
| Number of Accounts: ____1____ | Phone(s) _____ |
| Check if Tax Exempt (Proof of Tax Exempt status must be provided) | Fax _____ |
| *Please provide all account numbers and service address information on attachment* | Email _____ |

| Key Terms: | Term: 12 months | Glacial Representative: _____ |
|---|---|---|
| Estimated Annual kWh  240,000,000 | Payment Type: Wire | Glacial Energy Contract ID: _____ |

Glacial Financial Services ("GFS") is a division of Glacial Energy Holdings which, in conjunction with this signed agreement, will provide financial consulting services to the commercial energy consumer.

1. **Agreement to Sell and Purchase:** Glacial Energy of Ohio, Inc. ("Glacial Energy") agrees to sell and provide and Customer agrees to buy and receive the quantity of electricity necessary to meet Customer's full requirements during the term of this Agreement as reflected in the electricity consumption data provided to Glacial Energy or as directed by the Electric Distribution Utility ("EDU"). In no event shall Glacial Energy be bound by this agreement until it has received complete and accurate consumption data describing customer's consumption for at least the twelve months preceding the month in which this agreement is executed.

2. **Electricity Pricing:** The price for electricity sold during the Term of this Agreement, "Price per kWh", is the daily price for on peak and off peak energy in the Ohio market for the applicable Independent Transmission System Operator zone (MISO or PJM), plus charges for electric energy supply: electric energy losses, congestion charges, scheduling services, utility/ISO imposed administrative fees, "uplifted" imbalance charges, capacity charges, transmission charges, ancillary services, and RPS charges, plus a retail adder of $0.006 per kWh. The total energy price paid by Customer for each day is the Price per kWh described in the previous sentence, multiplied by Customer's usage (in kWh) during that day, as determined by the applicable utility's load profiles, or (if applicable) by IDR meter data. The price does not include Customer's EDU charges and fees, non-bypass able charges, any non-recurring fees, transition charges, base service charge, taxes or applicable fees and/or penalties. Customer is responsible for any switching fees imposed by the EDU, as well as service and delivery charges which will be billed separately by the EDU. If Customer switches back to the EDU, it may or may not be served under the same rates, terms, and conditions that apply to other customers served by the EDU. If Customer is tax exempt, it is Customer's responsibility to provide Glacial Energy with the necessary tax exemption certificate. The Glacial Energy electricity price, and any applicable taxes or assessments will appear as separate items on Customer's bill.

3. **Term:** Customer's service under this Agreement begins on the date that Customer's EDU switches Customer's service to Glacial Energy and will continue for an initial term equal to the number of calendar months described above as "Term". Either party may cancel this Agreement without penalty effective no sooner than the conclusion of the initial term, and at any point during any subsequent renewal term, by providing no less than 30 calendar days written notice to the other party. If cancellation is not received prior to conclusion of the initial term, Agreement will automatically renew for consecutive terms of twelve (12) months thereafter, subject to the termination rights set forth in this Section. Notwithstanding the foregoing, or anything to the contrary in this Agreement or the Terms of Service attached hereto and incorporated herein, Customer will have the right to immediately terminate this Agreement at any time, without liability or further obligation hereunder other than charges incurred to date, in the event of a default by Glacial Energy of the Agreement that is not cured within five (5) days following written notice thereof, other than Force Majeure. It may take up to sixty (60) days for EDU to switch Customer upon expiration of contract term. Customer is responsible for all Glacial Energy supply charges until Customer goes to another ESCO or the Utility. A final bill will be rendered within twenty (20) days after the final scheduled meter reading or, if access is unavailable, an estimate of consumption will be used in the final bill, which will be trued-up subsequent to the final meter reading.

4. **Billing:** Every Wednesday, Glacial Energy will endeavor to make available to Customer via email or fax mail a bill for electric usage from the previous seven-day period, ending Sunday. On the 14th day following Customer's actual receipt of invoice (or the first business day thereafter), Customer will remit to Glacial Energy via direct wire transfer an amount corresponding to the undisputed charges contained in the bill. If adequate funds are not available in Customer's account, Customer agrees to be charged an insufficient funds fee of $35.00. Glacial Energy will reattempt billing under the same terms five business days following the previous attempt. Customer's account will be trued-up monthly if necessary, based on Glacial Energy's receipt of the month-end invoice from PJM which covers all non-weekly PJM invoiced charges. Customer will receive a separate bill from the EDU for delivery costs. Glacial Energy does not offer budget billing for the generation portion of Customer's bill. In the event of Customer's failure to provide for payment when due, Glacial Energy shall have the right to terminate this Agreement if such failure is not cured within 14 calendar days following written notice to the Customer. Customer agrees to be charged an interest rate of 1.5% per month of the total past due amount, until such time as payment is received by Glacial Energy. Customer's failure to pay electric charges may result in the Customer being disconnected in accordance with the EDU's tariff. Customer shall reimburse Glacial Energy for any collection fees Glacial Energy incurs in collecting Customer's outstanding invoices. Customer shall be liable for all costs and expenses including reasonable attorney's fees incurred in the collection of any amounts due. Customer has the right to request from Glacial Energy, twice within a 12-month period, up to 24 months of Customer's payment history without charge.

5. **Information Release Authorization:** Customer authorizes Glacial Energy to obtain and review information regarding the customer's credit history from credit reporting agencies and consumption history, billing determinant, and credit information from the EDU. In the event that any additional paperwork is required by Public Utilities Commission of Ohio and/or any particular utility, customer shall execute any such required forms. This information may be used by Glacial Energy to determine whether it will commence and/or continue to provide electricity supply service to Customer and will not be disclosed to a third-party unless required by law. Customer's execution of this Agreement shall constitute authorization for the release of this information to Glacial Energy. This authorization will remain in effect during the initial Term and any renewal Term of this Agreement. Customer may rescind this authorization at any time by providing written notice thereof to Glacial Energy. Glacial Energy reserves the right to cancel this Agreement in the event Customer rescinds the authorization.

6. **Consulting Services:** GFS shall provide consulting services ("Services") to the Customer and shall begin providing Services on the date this Agreement commences. GFS shall render information and records required by the Customer to make informed decisions on pricing and amounts of commodity to hedge, and the performance of any purchases as the contracts mature. Glacial Energy shall perform for Customer, at no additional charge, the following additional financial consulting services related to commodity purchasing and hedging Services for as long as Customer remains an active energy supply customer of Glacial Energy:
    a. Assist in organizing Customer's risk policies;
    b. Study the markets to identify appropriate risk management opportunities;
    c. Obtain management approval for, and execute, approved trades and transactions;
    d. Track any transactions and provide Mark to Market information.

In the event that the Agreement is terminated by one of the parties, or in the event that Customer drops energy service with Glacial Energy, Glacial Energy shall immediately cease providing the GFS Services.

7. **Related Costs:** Glacial Energy shall pay GFS a consulting fee each month for GFS's provision of the Services on a full time basis. However, the costs of financial hedging transactions executed by Glacial Energy or GFS on behalf of the Customer may be passed through to the Customer, either in part or in whole. These fees will be 1% of the face value of any transactions placed.

By my signature below (facsimile signature accepted as if it were an original), Customer hereby agrees to be obligated by the terms and conditions set forth herein and to the Terms of Service Agreement, and that Customer agrees to initiate service and begin enrollment. I affirm that I am a duly authorized agent for Customer with legal authority to switch the electricity provider for Customer, and authorize the Customer's financial institution to permit Glacial Energy to Debit all monthly charges for Customer's electric service. This Agreement will not become binding upon Glacial Energy until completion of a credit check of Customer completely satisfactory to Glacial Energy.

_[signature]_
Customer's Duly Authorized Signature

MORDECHAI KORF, PRESIDENT
Print Name & Title

Date: 6/1/12

<u>Glacial Energy of Ohio Inc. Commercial Terms of Service</u>

1. **Right of Rescission; Cancellation by Customer:** Customer has the right to rescind its enrollment under this Agreement with no penalty within seven (7) calendar days of the postmark on EDU's confirmation notice by contacting either Glacial Energy or the EDU. Cancellations may be made by telephone or by mail to 24 Route 6A, Sandwich, MA 02563. Customer hereby willingly and knowingly waives that right under this Agreement and acknowledges any cancellation will be governed by the following language in this paragraph. Except as otherwise provided in this Agreement, if Customer cancels this Agreement for any reason before the expiration of the Term, such cancellation constitutes a material breach of this Agreement by Customer. As a remedy for such breach, Customer shall pay liquidated damages in the following amount: the average price for energy supply in $/kWh multiplied by average monthly usage during Customer's enrollment with Glacial Energy multiplied by the number of months remaining in the Term of this Agreement. Customer shall also be liable to Glacial Energy for payments of all outstanding charges incurred prior to cancellation by Customer.

2. **Credit Requirement:** Glacial Energy reserves the right to conduct a credit review of Customer prior to offering service and to refuse service to anyone who does not meet the Company's credit standards. Customer agrees to provide Glacial Energy with any reasonable information requested in order to complete the credit review. In the event that Glacial Energy determines at any time during the term of this Agreement that Customer's credit is unsatisfactory or that Customer has experienced an adverse change in its financial condition Glacial Energy may require Customer to provide security or a credit facility of not more than 130 percent of your estimated average monthly bill for electric service, which is acceptable to Glacial Energy. If Customer fails to comply with said requirement within ten business days following Glacial Energy's written request, Glacial Energy may immediately terminate this Agreement by providing written notice to Customer.

3. **Dispute Resolution:** In the event of a billing dispute or a disagreement involving any essential element of this Agreement, the parties will use their best efforts to resolve the dispute. Customer should contact Glacial Energy in writing or by telephone at 1-888-GLACIAL/ 1-888-452-2425, any time 24 hours per day, seven days a week. If the dispute is not resolved within 45 days, the parties may seek all avenues of relief as may be available under this contract. Customer is obligated to pay all outstanding balances during the pendency of any dispute. If your complaint is not resolved after you have called Glacial Energy and/or your electric utility, or for general utility information, residential and business customers may contact the Public Utilities Commission of Ohio for assistance at 1-800-686-7826 (toll free) or for TTY at 1-800-686-1570 (toll free) from 8:00 a.m. to 5:00 p.m. weekdays, or at www.PUCO.ohio.gov.

4. **Force Majeure/Excuse:** Glacial Energy will endeavor in a commercially reasonable manner to provide service, but does not guarantee a continuous supply of electrical energy. The term "Force Majeure" shall mean any cause not reasonably within the control of the party claiming suspension and which by the exercise of due diligence, such party is unable to prevent or overcome, including but not limited to, any act or cause which is deemed a Force Majeure by the EDU or any transmitting entity, acts of God, extraordinary weather occurrence, war, civil disturbance or other national emergency, acts of any governmental authority, including Public Utilities Commission of Ohio or the MISO, accidents, strikes, labor trouble, required maintenance work, inability to access the EDU system, nonperformance of the EDU (including facilities or distribution line outages), delay of deregulation or changes in laws, rules, regulations, practices or procedures of any governmental authority or the MISO, or any cause beyond the claiming party's control including insolvency and bankruptcy of generator or wholesaler. If either party is unable, wholly or in part, by Force Majeure to perform or comply with any obligations or conditions of this Agreement, they shall give immediate notice to the maximum extent practicable in writing and provide particulars to the other party. Such obligations or conditions, so far as they are affected by such Force Majeure, shall be suspended during the continuance of any inability so caused, and such party shall be relieved of liability and shall suffer no prejudice for failure to perform the same during the period. The party claiming suspension of obligations must in good faith attempt to mitigate and/or terminate the Force Majeure. Notwithstanding the foregoing, or anything to the contrary herein, in the event that the Force Majeure continues for a period of thirty (30) days or more, the party not claiming Force Majeure may terminate this Agreement without further liability to the other party hereunder.

5. **Limitations of Liability:** GLACIAL ENERGY WILL PROVIDE ELECTRIC ENERGY TO CUSTOMER THROUGHOUT THE TERM OF THIS AGREEMENT. GLACIAL ENERGY SHALL BE DEEMED TO BE IN POSSESSION AND CONTROL OF THE ELECTRIC ENERGY PRIOR TO ITS DELIVERY TO THE DELIVERY POINT, AND CUSTOMER SHALL BE DEEMED TO BE IN POSSESSION AND CONTROL OF THE ELECTRIC ENERGY AT AND FROM THE DELIVERY POINT. EACH PARTY HERETO AGREES TO INDEMNIFY, DEFEND AND HOLD HARMLESS THE OTHER PARTY AND ITS PARENT COMPANY AND AFFILIATES, AND ALL OF THEIR RESPECTIVE OFFICERS, DIRECTORS, SHAREHOLDERS, ASSOCIATES, EMPLOYEES, SUCCESSORS AND ASSIGNS, FROM AND AGAINST ALL CLAIMS, LOSSES, EXPENSES, DAMAGES, DEMANDS, JUDGMENTS, CAUSES OF ACTION OR SUITS OF ANY KIND, INCLUDING BUT NOT LIMITED TO, CLAIMS FOR PERSONAL INJURY, DEATH, OR PROPERTY DAMAGE, ARISING OUT OF OR RELATING TO THE ELECTRIC ENERGY SOLD UNDER THIS AGREEMENT, WHILE TITLE TO THE ELECTRIC ENERGY IS HELD BY THE INDEMNIFYING PARTY, EXCEPT TO THE EXTENT OF THE NEGLIGENCE OR WILLFUL MISCONDUCT OF THE INDEMNIFIED PARTY. FOR BREACH OF ANY PROVISION FOR WHICH AN EXPRESS REMEDY IS PROVIDED, SUCH EXPRESS REMEDY WILL BE THE SOLE AND EXCLUSIVE REMEDY, THE OBLIGOR'S LIABILITY WILL BE LIMITED AS SET FORTH IN SUCH PROVISION AND ALL OTHER REMEDIES OR DAMAGES AT LAW OR IN EQUITY WILL NOT APPLY. IF NO EXPRESS REMEDY IS PROVIDED, THE OBLIGOR'S LIABILITY WILL BE LIMITED TO DIRECT ACTUAL DAMAGES ONLY (WHICH WILL NOT TO EXCEED THE AMOUNT OF FEES PAID HEREUNDER). SUCH DIRECT ACTUAL DAMAGES WILL BE THE SOLE AND EXCLUSIVE REMEDY AND ALL OTHER REMEDIES AT LAW OR IN EQUITY ARE WAIVED. NEITHER PARTY WILL BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR INDIRECT DAMAGES, LOST PROFITS OR OTHER BUSINESS INTERRUPTION DAMAGES, BY STATUTE, IN TORT OR CONTRACT, UNDER ANY INDEMNITY PROVISION OR OTHERWISE. THE PARTIES INTEND THAT THE LIMITATIONS HEREIN IMPOSED ON REMEDIES AND THE MEASURE OF DAMAGES BE WITHOUT REGARD TO THE CAUSES RELATED THERETO INCLUDING THE NEGLIGENCE OF ANY PARTY, WHETHER SUCH NEGLIGENCE BE SOLE, JOINT OR CONCURRENT, OR ACTIVE OR PASSIVE. TO THE EXTENT ANY DAMAGES REQUIRED TO BE PAID HEREUNDER ARE LIQUIDATED, THE PARTIES ACKNOWLEDGE THAT THE DAMAGES ARE DIFFICULT OR IMPOSSIBLE TO DETERMINE, OBTAINING AN ADEQUATE REMEDY IS INCONVENIENT AND THE LIQUIDATED DAMAGES CONSTITUTE A REASONABLE APPROXIMATION OF THE HARM OR LOSS.

6. **UCC/Disclaimer of Warranties:** Customer and Glacial Energy acknowledge and agree that the electricity delivered hereunder is a "good" as that term is understood under the Uniform Commercial Code ("UCC"). The Parties further agree that the rules promulgated therein, to the extent that they can be, are waived and they do not apply to this Agreement, except as provided for herein. If there is any conflict between the UCC and this Agreement, this Agreement will control. Further, Customer agrees and acknowledges that Glacial Energy EXPRESSLY NEGATES AND DISCLAIMS ALL REPRESENTATION OF WARRANTY, WRITTEN OR ORAL, EXPRESS OR IMPLIED, INCLUDING ANY REPRESENTATION OF WARRANTY WITH RESPECT TO CONFORMITY, TO MODELS OR SAMPLES, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE.

7. **Assignment:** Other than to an entity controlled by, controlling or under common control with Customer, Customer may not assign this Agreement, in whole or in part, or any of its rights or obligations hereunder without the prior written consent of Glacial Energy. Such consent shall not be unreasonably withheld. Upon prior notice to Customer, Glacial Energy may, without Customer's consent; (a) transfer, sell, pledge, encumber or assign this Agreement or the accounts, revenues or proceeds hereof in connection with any Glacial Energy financing or Glacial Energy financial Agreement; and (b) transfer or assign this Agreement to another CRES, or another entity as authorized by the Public Utilities Commission of Ohio. Upon any such assignment, Customer agrees that Glacial Energy shall have no further obligations hereunder, to the extent such obligations have been fully assumed by assignee.

8. **Governing Law and Regulations:** This Agreement shall be governed by, construed, enforced and performed in accordance with the laws of the State of Ohio. In the event a regulatory or judicial ruling or decision shall have a detrimental economic impact upon Glacial Energy's performance under this Agreement, or in the event that compliance with such change shall result in a material change in the method by which prices are calculated under this Agreement, or a material change in the level of components of pricing under this Agreement, then Glacial Energy shall have the right to notify Customer within 30 calendar days of becoming aware of such ruling or decision in order to negotiate a modification to the terms of this Agreement so as to mitigate the impact of such ruling or decision. If, after 20 calendar days beyond the date of the notice, the parties have been unable to negotiate a mutually satisfactory modification of the terms of this Agreement, Glacial Energy shall have the right to terminate this Agreement upon 15 calendar days' prior written notice to the Customer. If such right to terminate is not exercised within 45 calendar days after the original notice hereunder, Glacial Energy's right to terminate shall be deemed waived with respect to the particular decision or rule. This Agreement is subject to present and future legislation, orders, rules, regulations or decisions of a duly constituted governmental authority having jurisdiction over this Agreement or the services to be provided hereunder.

9. **Miscellaneous:** (a) A waiver of any provision in this Agreement, or of any default by either party, will not be construed as a waiver of any other (or like) provision or default in the future. (b) No amendment hereto will be enforceable unless in writing and executed by both Parties unless otherwise provided for herein. (c) Any provision herein deemed unenforceable or illegal will be ineffective to the extent of such unenforceability or unlawfulness without invalidating the remaining provisions hereof. (d) Facsimile copies and photocopies of this Agreement are to be treated as originals in the event an original is not available. (e) This Agreement may be executed in counterparts, each of which is an original and all of which constitute one Agreement. (f) Each of the parties hereby expressly waives any right or claim to any right to a jury trial in respect of any dispute arising hereunder, and further agrees that any dispute hereunder will be submitted to arbitration conducted through the American Arbitration Association. (g) If more than one Customer is a party to this Agreement, each is jointly and severally liable. (h) The non-prevailing party to any dispute hereunder shall pay all of the prevailing party's reasonable fees and expenses incurred to enforce or collect any of the obligations under this Agreement, including arbitration, attorneys' fees and experts' fees and expenses. (i) Pursuant to section 4928.52 of the Ohio Revised Code, Glacial Energy is prohibited from disclosing Customer's social security number and/or account number(s) without Customer's consent except for Glacial Energy's own collections and credit reporting, participation in programs funded by the universal service fund, or assigning a customer contract to another CRES provider.

10. **Consumer Protections.** Customer may obtain additional information by contacting Glacial Energy's 24-hour Customer Care Center at 1-888-GLACIAL/ 1-888-452-2425, or the PUCO Customer Center at (800) 686-PUCO (7826).

11. **Agency.** Customer appoints Glacial Energy as its agent to acquire the supplies necessary to meet its electricity needs, contract for and administer transmission and related services over interstate facilities and those of the EDU needed to deliver electricity to the Customer's premises.

12. **Title.** Title to and possession of all electricity sold and delivered under this Agreement shall pass to Customer at the Point of Delivery. Glacial Energy will indemnify and hold harmless the Customer from all taxes, royalties, fees or other charges incurred with respect to the electricity before title passes. Except as provided in this Agreement, all taxes of whatever kind, nature and description, due and payable with respect to Customer's performance of its obligations under this Agreement, shall be paid by Customer, and Customer hereby indemnifies and shall hold harmless Glacial Energy from all liability associated with such taxes.

13. **Measurement.** The parties accept for purposes of accounting for electricity supplied under this Agreement, the quantity, quality, and measurement determined by the EDU.

14. **Entire Agreement.** This Agreement sets forth then entire Agreement between the parties with respect to the terms and conditions of this transaction; any and all other Agreements, understandings and representations by and between the parties with respect to the matters addressed herein are superseded by this Agreement.

15. **Environmental Disclosure:** PUCO rules require Glacial Energy to periodically provide to the Customer the approximate retail electric generation resource mix and environmental characteristics associated with electrical power offered in Ohio's competitive marketplace. Customer may access these quarterly environmental disclosures by visiting the following website: http://www.glacialenergy.com/uploads/Environmental%20Disclosure%20January%202012.pdf

16. **Emergency Service:** In the event of an electric emergency or service interruption, you should immediately call your local utility and emergency personnel.

| | |
|---|---|
| | Glacial Energy Use only: Contract #: |
| | Addendum #:_____ |

## Glacial Energy of Ohio, Inc. Commercial Electricity Wire Agreement: Additional Accounts

This list of accounts below is incorporated by reference into the foregoing Glacial Energy of Ohio, Inc. Commercial Electricity WIRE Agreement, and binds these additional accounts to the terms and conditions contained therein:

**1** Account# __0802510450 0000927373__
Service Address: __4000 Mahoning Ave NW__   City __Warren, OH__   Zip __44483__

**2** Account# _____
Service Address: _____   City _____   Zip _____

**3** Account# _____
Service Address: _____   City _____   Zip _____

**4** Account# _____
Service Address: _____   City _____   Zip _____

**5** Account# _____
Service Address: _____   City _____   Zip _____

**6** Account# _____
Service Address: _____   City _____   Zip _____

My initials below (facsimile accepted as if it were an original) hereby acknowledge that the above listed Accounts are correct and they are obligated by the terms and conditions set forth above and to the Terms of Service Agreement. I again affirm that I am a duly authorized agent for Customer with legal authority to switch the electricity provider for Customer.

Customer Initials _[initials]_



## Glacial Wire Transfer Information

On the **14th day** following Customer's actual receipt of an invoice from Glacial Energy, (or the first business day thereafter), Customer will remit to Glacial Energy via direct wire transfer an amount corresponding to the bill. If customer fails to make payment in full via wire by the due date, Customer agrees to be charged a late fee of 1.5% of the total bill, until such time as payment is received by Glacial Energy. Glacial Energy retains the right, at its sole discretion, to immediately return customer to Utility for Customer's failure to make payment when due.

Per terms above, Customer agrees to wire payment to the above listed accounts.

**Bank: First National Bank of Central Texas**
**Account name: Glacial Energy of Ohio**
**Account number: 40031536**
**Routing number: 111903245**

I affirm that I am a duly authorized agent for Customer with legal authority to switch the electricity provider for Customer and I understand and authorize all of the above as evidenced by my signature below.

Customer Signature _[signature]_   Date 6/1/12