## Exhibit C

RLF1 11864531v.1

## Glacial – Warren Steel Invoice Summary

| Invoice Number | Invoice Date | Due Date | Service Period Start | Service Period End | Current Energy Charges | Monthly True-Up | Late Fees | Total Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| 35498369-9400107 | 2/5/2014 | 2/25/2014 | 1/27/2014 | 1/31/2014 | $ 478,881.83 | $ - | $ - | $ 478,881.83 |
| 35498369-9400108 | 2/5/2014 | 2/25/2014 | 2/1/2014 | 2/2/2014 | $ 64,584.99 | $ - | $ - | $ 64,584.99 |
| 35498369-9400109 | 2/12/2014 | 3/4/2014 | 2/3/2014 | 2/9/2014 | $ 352,063.83 | $ 441,872.38 | $ - | $ 793,936.21 |
| 35498369-9400110 | 2/19/2014 | 3/11/2014 | 2/10/2014 | 2/16/2014 | $ 370,269.36 | $ - | $ - | $ 370,269.36 |
| 35498369-9400111 | 2/26/2014 | 3/18/2014 | 2/17/2014 | 2/23/2014 | $ 212,697.26 | $ - | $ - | $ 212,697.26 |
| 35498369-9400112 | 3/5/2014 | 3/25/2014 | 2/24/2014 | 2/28/2014 | $ 274,239.65 | $ - | $ 14,218.68 | $ 288,458.33 |
| 35498369-9400113 | 3/5/2014 | 3/25/2014 | 3/1/2014 | 3/2/2014 | $ 6,696.56 | $ - | $ - | $ 6,696.56 |
| 35498369-9400114 | 3/12/2014 | 1/1/2014 | 3/3/2014 | 3/9/2014 | $ 400,717.93 | $ - | $ - | $ 400,717.93 |
| 35498369-9400115 | 3/19/2014 | 4/8/2014 | 3/10/2014 | 3/16/2014 | $ 261,290.07 | $ 37,879.29 | $ - | $ 299,169.36 |
| 35498369-9400116 | 3/26/2014 | 4/15/2014 | 3/17/2014 | 3/23/2014 | $ 198,902.18 | $ - | $ - | $ 198,902.18 |
| 35498369-9400117 | 4/2/2014 | 4/22/2014 | 3/24/2014 | 3/30/2014 | $ 170,183.05 | $ - | $ - | $ 170,183.05 |
| 35498369-9400118 | 4/9/2014 | 4/29/2014 | 3/31/2014 | 3/31/2014 | $ 34,569.75 | $ (25,676.84) | $ 39,849.70 | $ 48,742.61 |
| 35498369-9400119 | 4/9/2014 | 4/29/2014 | 4/1/2014 | 4/6/2014 | $ 16,840.02 | $ - | $ - | $ 16,840.02 |
| 35498369-9400120 | 4/16/2014 | 5/6/2014 | 4/7/2014 | 4/13/2014 | $ 18,436.49 | $ - | $ - | $ 18,436.49 |
| 35498369-9400121 | 4/23/2014 | 5/13/2014 | 4/14/2014 | 4/20/2014 | $ 24,616.91 | $ - | $ - | $ 24,616.91 |
| 35498369-9400122 | 4/30/2014 | 5/20/2014 | 4/21/2014 | 4/27/2014 | $ 19,976.51 | $ - | $ - | $ 19,976.51 |
| 35498369-9400123 | 5/7/2014 | 5/27/2014 | 4/28/2014 | 4/30/2014 | $ 9,810.55 | $ - | $ - | $ 9,810.55 |
| 35498369-9400124 | 5/21/2014 | 6/10/2014 | | | $ - | $ (16,961.12) | $ 51,503.06 | $ 34,541.94 |
| 35498369-9400125 | 6/11/2014 | 7/1/2014 | | | $ - | $ 46,927.35 | $ - | $ 46,927.35 |
| | | | | | $ 2,914,776.94 | $ 484,041.06 | $ 105,571.44 | $ 3,504,389.44 |

| | |
|---|---|
| Unpaid Balance Prior to 1/27/14 | $ 40,404.37 |
| **Total Outstanding Per Last Invoice** | **$ 3,544,793.81** |