**Exhibit D**

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**
**Fax:**    (214) 594-0000
555 Pleasantville Road
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

**Phone: 1 (888) 452-2425**

**Hours:** 8am - 6pm EST

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400107 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Feb 5, 2014 |
| **Payment Date:** | Feb 25, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $478,881.83 |
| **Current Amount Due** | $478,881.83 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Jan 22, 2014:** $40,404.37

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400105 | Jan 22, 2014 | Feb 11, 2014 | $160,767.00 | $0.00 | Paid - Thank You |
| 35498369-9400106 | Jan 29, 2014 | Feb 18, 2014 | $364,041.13 | $0.00 | Paid - Thank You |
| 35498369-9400108 | Feb 5, 2014 | Feb 25, 2014 | $64,584.99 | $0.00 | Open |

**Outstanding Balance:** $104,989.36

## Invoice Detail

**Utility Account #: 08025104500000927373**                         **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Jan 27, 2014 to Jan 31, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 2,190,000 | 0.21867 | 478,881.83 | 0.00 | 478,881.83 |
| | n/a | 2,190,000 | | | | | |
| **Total** | | | | | **$478,881.83** | **$0.00** | **$478,881.83** |

| **Account Total** | | **$478,881.83** | **$0.00** | **$478,881.83** |
|---|---|---|---|---|

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**   (214) 594-0000
555 Pleasantville Road     **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400108 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Feb 5, 2014 |
| **Payment Date:** | Feb 25, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $64,584.99 |
| **Current Amount Due** | $64,584.99 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Jan 22, 2014:** $40,404.37

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400105 | Jan 22, 2014 | Feb 11, 2014 | $160,767.00 | $0.00 | Paid - Thank You |
| 35498369-9400106 | Jan 29, 2014 | Feb 18, 2014 | $364,041.13 | $0.00 | Paid - Thank You |
| 35498369-9400107 | Feb 5, 2014 | Feb 25, 2014 | $478,881.83 | $0.00 | Open |

**Outstanding Balance:** $519,286.20

## Invoice Detail

**Utility Account #: 08025104500000927373**

**Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Feb 1, 2014 to Feb 2, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 1,296,000 | 0.04983 | 64,584.99 | 0.00 | 64,584.99 |
| | n/a | 1,296,000 | | | | | |
| **Total** | | | | | **$64,584.99** | **$0.00** | **$64,584.99** |

| | | | | |
|---|---|---|---|---|
| **Account Total** | | **$64,584.99** | **$0.00** | **$64,584.99** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road      **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400109 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Feb 12, 2014 |
| **Payment Date:** | Mar 4, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $352,063.83 |
| Monthly True Up | $441,872.38 |
| **Current Amount Due** | $793,936.21 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Jan 29, 2014:** $40,404.37

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400106 | Jan 29, 2014 | Feb 18, 2014 | $364,041.13 | $0.00 | Paid - Thank You |
| 35498369-9400107 | Feb 5, 2014 | Feb 25, 2014 | $478,881.83 | $0.00 | Open |
| 35498369-9400108 | Feb 5, 2014 | Feb 25, 2014 | $64,584.99 | $0.00 | Open |

**Outstanding Balance:** $583,871.19

# Invoice Detail

**Utility Account #: 08025104500000927373**           **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Nov 1, 2013 to Nov 30, 2013**

| Description | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|
| Monthly True Up | | 9,003.93 | 1.00000 | 9,003.93 | 0.00 | 9,003.93 |
| **Total** | | | | **$9,003.93** | **$0.00** | **$9,003.93** |

**Service Period: Jan 1, 2014 to Jan 31, 2014**

| Description | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|
| Monthly True Up | | 1,681,238.40 | 0.25747 | 432,868.45 | 0.00 | 432,868.45 |
| **Total** | | | | **$432,868.45** | **$0.00** | **$432,868.45** |

**Service Period: Feb 3, 2014 to Feb 9, 2014**

| Description | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | 4,416,000 | 0.07972 | 352,063.83 | 0.00 | 352,063.83 |
| | **Meter**   **Reading** | | | | | |
| | n/a    4,416,000 | | | | | |
| **Total** | | | | **$352,063.83** | **$0.00** | **$352,063.83** |

| **Account Total** | | | | **$793,936.21** | **$0.00** | **$793,936.21** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**                **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road         **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400110 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Feb 19, 2014 |
| **Payment Date:** | Mar 11, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $370,269.36 |
| **Current Amount Due** | $370,269.36 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Feb 5, 2014:** $40,404.37

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400107 | Feb 5, 2014 | Feb 25, 2014 | $478,881.83 | $0.00 | Open |
| 35498369-9400108 | Feb 5, 2014 | Feb 25, 2014 | $64,584.99 | $0.00 | Open |
| 35498369-9400109 | Feb 12, 2014 | Mar 4, 2014 | $793,936.21 | $0.00 | Open |

**Outstanding Balance:** $1,377,807.40

## Invoice Detail

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Feb 10, 2014 to Feb 16, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 3,936,000 | 0.09407 | 370,269.36 | 0.00 | 370,269.36 |
| | n/a | 3,936,000 | | | | | |
| **Total** | | | | | **$370,269.36** | **$0.00** | **$370,269.36** |

**Account Total**                                    **$370,269.36**    **$0.00**  **$370,269.36**

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**   (214) 594-0000
555 Pleasantville Road      **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400111 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Feb 26, 2014 |
| **Payment Date:** | Mar 18, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $212,697.26 |
| **Current Amount Due** | $212,697.26 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Feb 12, 2014:** $583,871.19

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400109 | Feb 12, 2014 | Mar 4, 2014 | $793,936.21 | $0.00 | Open |
| 35498369-9400110 | Feb 19, 2014 | Mar 11, 2014 | $370,269.36 | $0.00 | Open |

**Outstanding Balance:** $1,748,076.76

## Invoice Detail

**Utility Account #: 08025104500000927373**　　　　　　　　　　　　　　　**Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Feb 17, 2014 to Feb 23, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 3,516,000 | 0.06049 | 212,697.26 | 0.00 | 212,697.26 |
| | n/a | 3,516,000 | | | | | |
| **Total** | | | | | **$212,697.26** | **$0.00** | **$212,697.26** |

**Account Total**　　　　　　　　　　　　　　　　　　　　　　**$212,697.26**　　**$0.00**　**$212,697.26**

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road      **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400112 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Mar 5, 2014 |
| **Payment Date:** | Mar 25, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $274,239.65 |
| Late Fees | $14,218.68 |
| **Current Amount Due** | $288,458.33 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Feb 19, 2014:** $1,377,807.40

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400110 | Feb 19, 2014 | Mar 11, 2014 | $370,269.36 | $0.00 | Open |
| 35498369-9400111 | Feb 26, 2014 | Mar 18, 2014 | $212,697.26 | $0.00 | Open |
| 35498369-9400113 | Mar 5, 2014 | Mar 25, 2014 | $6,696.56 | $0.00 | Open |

**Outstanding Balance:** $1,967,470.58

**Invoice Detail**

**Utility Account #: 08025104500000927373**                              **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Feb 24, 2014 to Feb 28, 2014**

| Description | | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 3,060,000 | 0.08962 | 274,239.65 | 0.00 | 274,239.65 |
| | Meter | Reading | | | | | |
| | n/a | 3,060,000 | | | | | |
| **Total** | | | | | **$274,239.65** | **$0.00** | **$274,239.65** |

**Service Period: Mar 5, 2014 to Mar 5, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Late Payment Charge | 1 | 14,218.68000 | 14,218.68 | 0.00 | 14,218.68 |
| **Total** | | | **$14,218.68** | **$0.00** | **$14,218.68** |

| **Account Total** | **$288,458.33** | **$0.00** | **$288,458.33** |
|---|---|---|---|

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**    **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road    **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400113 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Mar 5, 2014 |
| **Payment Date:** | Mar 25, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $6,696.56 |
| **Current Amount Due** | $6,696.56 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Feb 19, 2014:** $1,377,807.40

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400110 | Feb 19, 2014 | Mar 11, 2014 | $370,269.36 | $0.00 | Open |
| 35498369-9400111 | Feb 26, 2014 | Mar 18, 2014 | $212,697.26 | $0.00 | Open |
| 35498369-9400112 | Mar 5, 2014 | Mar 25, 2014 | $288,458.33 | $0.00 | Open |

**Outstanding Balance:** $2,249,232.35

## Invoice Detail

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Mar 1, 2014 to Mar 2, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 96,000 | 0.06976 | 6,696.56 | 0.00 | 6,696.56 |
| | n/a | 96,000 | | | | | |
| **Total** | | | | | **$6,696.56** | **$0.00** | **$6,696.56** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Account Total** | | | | | **$6,696.56** | **$0.00** | **$6,696.56** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**            **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road        **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400114 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Mar 12, 2014 |
| **Payment Date:** | Apr 1, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $400,717.93 |
| **Current Amount Due** | $400,717.93 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

Account Balance prior to Feb 26, 2014: $1,748,076.76

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400111 | Feb 26, 2014 | Mar 18, 2014 | $212,697.26 | $0.00 | Open |
| 35498369-9400112 | Mar 5, 2014 | Mar 25, 2014 | $288,458.33 | $0.00 | Open |
| 35498369-9400113 | Mar 5, 2014 | Mar 25, 2014 | $6,696.56 | $0.00 | Open |

Outstanding Balance: $2,255,928.91

## Invoice Detail

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Mar 3, 2014 to Mar 9, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 3,876,000 | 0.10338 | 400,717.93 | 0.00 | 400,717.93 |
| | n/a | 3,876,000 | | | | | |
| **Total** | | | | | **$400,717.93** | **$0.00** | **$400,717.93** |

| | | | |
|---|---|---|---|
| **Account Total** | **$400,717.93** | **$0.00** | **$400,717.93** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**  **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road  **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400115 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Mar 19, 2014 |
| **Payment Date:** | Apr 8, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $261,290.07 |
| Monthly True Up | $37,879.29 |
| **Current Amount Due** | $299,169.36 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Mar 5, 2014:** $1,960,774.02

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400112 | Mar 5, 2014 | Mar 25, 2014 | $288,458.33 | $0.00 | Open |
| 35498369-9400113 | Mar 5, 2014 | Mar 25, 2014 | $6,696.56 | $0.00 | Open |
| 35498369-9400114 | Mar 12, 2014 | Apr 1, 2014 | $400,717.93 | $0.00 | Open |

**Outstanding Balance:** $2,656,646.84

**Utility Account #: 08025104500000927373**                              **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Dec 1, 2013 to Dec 31, 2013**

| Description | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|
| Monthly True Up | | -13,447.63 | 1.00000 | -13,447.63 | 0.00 | -13,447.63 |
| **Total** | | | | **$-13,447.63** | **$0.00** | **$-13,447.63** |

**Service Period: Feb 1, 2014 to Feb 28, 2014**

| Description | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|
| Monthly True Up | | 299,020.80 | 0.17165 | 51,326.92 | 0.00 | 51,326.92 |
| **Total** | | | | **$51,326.92** | **$0.00** | **$51,326.92** |

**Service Period: Mar 10, 2014 to Mar 16, 2014**

| Description | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | 3,876,000 | 0.06741 | 261,290.07 | 0.00 | 261,290.07 |
| | **Meter** | **Reading** | | | | |
| | n/a | 3,876,000 | | | | |
| **Total** | | | | **$261,290.07** | **$0.00** | **$261,290.07** |

| **Account Total** | | | | **$299,169.36** | **$0.00** | **$299,169.36** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road          **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400116 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Mar 26, 2014 |
| **Payment Date:** | Apr 15, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $198,902.18 |
| **Current Amount Due** | $198,902.18 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Mar 12, 2014:** $2,255,928.91

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400114 | Mar 12, 2014 | Apr 1, 2014 | $400,717.93 | $0.00 | Open |
| 35498369-9400115 | Mar 19, 2014 | Apr 8, 2014 | $299,169.36 | $0.00 | Open |

**Outstanding Balance:** $2,955,816.20

## Invoice Detail

**Utility Account #: 08025104500000927373**                          **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Mar 17, 2014 to Mar 23, 2014**

| Description | | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 3,306,000 | 0.06016 | 198,902.18 | 0.00 | 198,902.18 |
| | Meter | Reading | | | | | |
| | n/a | 3,306,000 | | | | | |
| **Total** | | | | | **$198,902.18** | **$0.00** | **$198,902.18** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Account Total** | | | | | **$198,902.18** | **$0.00** | **$198,902.18** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**
**Fax:** (214) 594-0000
555 Pleasantville Road
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

**Phone: 1 (888) 452-2425**

**Hours:** 8am - 6pm EST

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400117 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Apr 2, 2014 |
| **Payment Date:** | Apr 22, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $170,183.05 |
| **Current Amount Due** | $170,183.05 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Mar 19, 2014:** $2,656,646.84

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400115 | Mar 19, 2014 | Apr 8, 2014 | $299,169.36 | $0.00 | Open |
| 35498369-9400116 | Mar 26, 2014 | Apr 15, 2014 | $198,902.18 | $0.00 | Open |

**Outstanding Balance:** $3,154,718.38

## Invoice Detail

**Utility Account #: 08025104500000927373**        **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Mar 24, 2014 to Mar 30, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 2,706,000 | 0.06289 | 170,183.05 | 0.00 | 170,183.05 |
| | n/a | 2,706,000 | | | | | |
| **Total** | | | | | **$170,183.05** | **$0.00** | **$170,183.05** |

| | | | Account Total | | **$170,183.05** | **$0.00** | **$170,183.05** |
|---|---|---|---|---|---|---|---|

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**

**Phone: 1 (888) 452-2425**

**Fax:** (214) 594-0000
555 Pleasantville Road
**Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400118 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Apr 9, 2014 |
| **Payment Date:** | Apr 29, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $34,569.75 |
| Monthly True Up | -$25,676.84 |
| Late Fees | $39,849.70 |
| **Current Amount Due** | $48,742.61 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Mar 26, 2014:** $2,955,816.20

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400116 | Mar 26, 2014 | Apr 15, 2014 | $198,902.18 | $0.00 | Open |
| 35498369-9400117 | Apr 2, 2014 | Apr 22, 2014 | $170,183.05 | $0.00 | Open |
| 35498369-9400119 | Apr 9, 2014 | Apr 29, 2014 | $16,840.02 | $0.00 | Open |

**Outstanding Balance:** $3,341,741.45

## Invoice Detail

**Utility Account #: 08025104500000927373**                                **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Jan 1, 2014 to Jan 31, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Monthly True Up | 25,051.11 | 1.00000 | 25,051.11 | 0.00 | 25,051.11 |
| **Total** | | | **$25,051.11** | **$0.00** | **$25,051.11** |

**Service Period: Mar 1, 2014 to Mar 31, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Monthly True Up | -2,062,950.40 | 0.02459 | -50,727.95 | 0.00 | -50,727.95 |
| **Total** | | | **$-50,727.95** | **$0.00** | **$-50,727.95** |

**Service Period: Mar 31, 2014 to Mar 31, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | 618,000 | 0.05594 | 34,569.75 | 0.00 | 34,569.75 |
| **Meter** n/a  **Reading** 618,000 | | | | | |
| **Total** | | | **$34,569.75** | **$0.00** | **$34,569.75** |

**Service Period: Apr 9, 2014 to Apr 9, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Late Payment Charge | | 1 39,849.70000 | 39,849.70 | 0.00 | 39,849.70 |
| **Total** | | | **$39,849.70** | **$0.00** | **$39,849.70** |

| **Account Total** | | | **$48,742.61** | **$0.00** | **$48,742.61** |
|---|---|---|---|---|---|

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**              **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road          **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400119 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Apr 9, 2014 |
| **Payment Date:** | Apr 29, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $16,840.02 |
| **Current Amount Due** | $16,840.02 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

Account Balance prior to Mar 26, 2014: $2,955,816.20

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400116 | Mar 26, 2014 | Apr 15, 2014 | $198,902.18 | $0.00 | Open |
| 35498369-9400117 | Apr 2, 2014 | Apr 22, 2014 | $170,183.05 | $0.00 | Open |
| 35498369-9400118 | Apr 9, 2014 | Apr 29, 2014 | $48,742.61 | $0.00 | Open |

Outstanding Balance: $3,373,644.04

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Apr 1, 2014 to Apr 6, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 288,000 | 0.05847 | 16,840.02 | 0.00 | 16,840.02 |
| | n/a | 288,000 | | | | | |
| **Total** | | | | | **$16,840.02** | **$0.00** | **$16,840.02** |

**Account Total**                                              **$16,840.02**    **$0.00**    **$16,840.02**

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**

**Phone: 1 (888) 452-2425**

**Fax:** (214) 594-0000

555 Pleasantville Road

**Hours:** 8am - 6pm EST

STE S107, South Building

Briarcliff Manor, NY 10510

**Pay Online:** https://myaccount.glacialenergy.com/

**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger

Warren Steel Holdings

4000 Mahoning Ave NW

Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400120 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Apr 16, 2014 |
| **Payment Date:** | May 6, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas

P.O. Box 2662

Waco, TX 76702-2662

Account Number: 40031536, Routing Number: 111903245

Please send remittance advice to

Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $18,436.49 |
| **Current Amount Due** | $18,436.49 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Apr 2, 2014:** $3,154,718.38

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400117 | Apr 2, 2014 | Apr 22, 2014 | $170,183.05 | $0.00 | Open |
| 35498369-9400118 | Apr 9, 2014 | Apr 29, 2014 | $48,742.61 | $0.00 | Open |
| 35498369-9400119 | Apr 9, 2014 | Apr 29, 2014 | $16,840.02 | $0.00 | Open |

**Outstanding Balance:** $3,390,484.06

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Rate Code:**<br>OE-GTD | **Service Period: Apr 7, 2014 to Apr 13, 2014** | | | | | | |
| | **Description** | | | **Consumption** | **Rate** | **Charge** | **Tax** | **Total** |
| **Billing Type:**<br>Actual | Kilowatt Hours (kWh) | | | 336,000 | 0.05487 | 18,436.49 | 0.00 | 18,436.49 |
| | | **Meter**<br>n/a | **Reading**<br>336,000 | | | | | |
| **Service Address:**<br>4000 Mahoning Ave NW<br>Warren, OH 44483 | **Total** | | | | | **$18,436.49** | **$0.00** | **$18,436.49** |

| | | | | |
|---|---|---|---|---|
| **Account Total** | | **$18,436.49** | **$0.00** | **$18,436.49** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**   (214) 594-0000
555 Pleasantville Road       **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400121 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Apr 23, 2014 |
| **Payment Date:** | May 13, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $24,616.91 |
| **Current Amount Due** | $24,616.91 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Apr 9, 2014:** $3,324,901.43

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400118 | Apr 9, 2014 | Apr 29, 2014 | $48,742.61 | $0.00 | Open |
| 35498369-9400119 | Apr 9, 2014 | Apr 29, 2014 | $16,840.02 | $0.00 | Open |
| 35498369-9400120 | Apr 16, 2014 | May 6, 2014 | $18,436.49 | $0.00 | Open |

**Outstanding Balance:** $3,408,920.55

## Invoice Detail

**Utility Account #: 08025104500000927373**                              **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Apr 14, 2014 to Apr 20, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 336,000 | 0.07326 | 24,616.91 | 0.00 | 24,616.91 |
| | n/a | 336,000 | | | | | |
| **Total** | | | | | **$24,616.91** | **$0.00** | **$24,616.91** |

**Account Total**                                          **$24,616.91**    **$0.00**    **$24,616.91**

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**                    **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road            **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400122 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Apr 30, 2014 |
| **Payment Date:** | May 20, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $19,976.51 |
| **Current Amount Due** | $19,976.51 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Apr 16, 2014:** $3,390,484.06

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400120 | Apr 16, 2014 | May 6, 2014 | $18,436.49 | $0.00 | Open |
| 35498369-9400121 | Apr 23, 2014 | May 13, 2014 | $24,616.91 | $0.00 | Open |

**Outstanding Balance:** $3,433,537.46

## Invoice Detail

**Utility Account #: 08025104500000927373**                                          **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Apr 21, 2014 to Apr 27, 2014**

| Description | Meter | Reading | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 336,000 | 0.05945 | 19,976.51 | 0.00 | 19,976.51 |
| | n/a | 336,000 | | | | | |
| **Total** | | | | | **$19,976.51** | **$0.00** | **$19,976.51** |

| | | | |
|---|---|---|---|
| **Account Total** | **$19,976.51** | **$0.00** | **$19,976.51** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**

**Phone: 1 (888) 452-2425**

**Fax:** (214) 594-0000

**Hours:** 8am - 6pm EST

555 Pleasantville Road
STE S107, South Building
Briarcliff Manor, NY 10510

**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400123 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | May 7, 2014 |
| **Payment Date:** | May 27, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $9,810.55 |
| **Current Amount Due** | $9,810.55 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to Apr 23, 2014:** $3,408,920.55

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400121 | Apr 23, 2014 | May 13, 2014 | $24,616.91 | $0.00 | Open |
| 35498369-9400122 | Apr 30, 2014 | May 20, 2014 | $19,976.51 | $0.00 | Open |

**Outstanding Balance:** $3,453,513.97

## Invoice Detail

**Utility Account #: 08025104500000927373**       **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Apr 28, 2014 to Apr 30, 2014**

| Description | | | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|---|---|
| Kilowatt Hours (kWh) | | | 144,000 | 0.06813 | 9,810.55 | 0.00 | 9,810.55 |
| | **Meter** | **Reading** | | | | | |
| | n/a | 144,000 | | | | | |
| **Total** | | | | | **$9,810.55** | **$0.00** | **$9,810.55** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Account Total** | | | | | **$9,810.55** | **$0.00** | **$9,810.55** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**   (214) 594-0000
555 Pleasantville Road       **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400124 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | May 21, 2014 |
| **Payment Date:** | Jun 10, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $0.00 |
| Monthly True Up | -$16,961.12 |
| Late Fees | $51,503.06 |
| **Current Amount Due** | $34,541.94 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

**Account Balance prior to May 7, 2014:** $3,453,513.97

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status | |
|---|---|---|---|---|---|
| 35498369-9400123 | May 7, 2014 | May 27, 2014 | $9,810.55 | $0.00 | Open |

**Outstanding Balance:** $3,463,324.52

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Feb 1, 2014 to Feb 28, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Monthly True Up | 13,720.69 | 1.00000 | 13,720.69 | 0.00 | 13,720.69 |
| **Total** | | | **$13,720.69** | **$0.00** | **$13,720.69** |

**Service Period: Apr 1, 2014 to Apr 30, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Monthly True Up | -574,243.20 | 0.05343 | -30,681.81 | 0.00 | -30,681.81 |
| **Total** | | | **$-30,681.81** | **$0.00** | **$-30,681.81** |

**Service Period: May 21, 2014 to May 21, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Late Payment Charge | 1 | 51,503.06000 | 51,503.06 | 0.00 | 51,503.06 |
| **Total** | | | **$51,503.06** | **$0.00** | **$51,503.06** |

| | | | | | |
|---|---|---|---|---|---|
| **Account Total** | | | **$34,541.94** | **$0.00** | **$34,541.94** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**    (214) 594-0000
555 Pleasantville Road     **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400125 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Jun 11, 2014 |
| **Payment Date:** | Jul 1, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $0.00 |
| Monthly True Up | $46,927.35 |
| **Current Amount Due** | **$46,927.35** |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status |
|---|---|---|---|---|

**Account Balance prior to current invoice:** $3,497,866.46

## Invoice Detail

**Utility Account #: 08025104500000927373**                                    **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Mar 1, 2014 to Mar 31, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Monthly True Up | 46,927.35 | 1.00000 | 46,927.35 | 0.00 | 46,927.35 |
| **Total** | | | **$46,927.35** | **$0.00** | **$46,927.35** |

| | | | | | |
|---|---|---|---|---|---|
| **Account Total** | | | **$46,927.35** | **$0.00** | **$46,927.35** |

# GLACIAL ENERGY

## Contact Us

**Glacial Energy**          **Phone: 1 (888) 452-2425**
**Fax:**   (214) 594-0000
555 Pleasantville Road       **Hours:** 8am - 6pm EST
STE S107, South Building
Briarcliff Manor, NY 10510
**Pay Online:** https://myaccount.glacialenergy.com/
**Email:** CustomerCare@GlacialEnergy.com

## Billing Address

Amy Barger
Warren Steel Holdings
4000 Mahoning Ave NW
Warren, OH 44483

## Invoice Information

| | |
|---|---|
| **Invoice Number:** | 35498369-9400126 |
| **Glacial Customer #:** | 35498369 |
| **Invoice Date:** | Aug 6, 2014 |
| **Payment Date:** | Aug 26, 2014 |
| **Payment Method:** | WIRE |

First National Bank of Central Texas
P.O. Box 2662
Waco, TX 76702-2662
Account Number: 40031536, Routing Number: 111903245
Please send remittance advice to
Accounts.Receivable@glacialenergy.com

## Billing Summary

| | |
|---|---|
| Current Energy Charges | $0.00 |
| Monthly True Up | -$42,610.72 |
| Late Fees | $53,171.91 |
| **Current Amount Due** | $10,561.19 |

## Usage Chart



## Glacial Message Center

- In the event of a service outage or emergency, please contact Ohio Edison at (888) 544-4877.
- Green Tip - Turn off the lights in any room you're not using, or consider installing timers, photo cells, or occupancy sensors to reduce the amount of time your lights are on.

## Recent Account Activity

| Invoice Number | Invoice Date | Due Date | Invoice Amount | Payment Status |
|---|---|---|---|---|

**Account Balance prior to current invoice:** $3,544,793.81

## Invoice Detail

**Utility Account #: 08025104500000927373**  **Utility: Ohio Edison (888) 544-4877**

**Rate Code:**
OE-GTD

**Billing Type:**
Actual

**Service Address:**
4000 Mahoning Ave NW
Warren, OH 44483

**Service Period: Apr 1, 2014 to Apr 30, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Monthly True Up | -42,610.72 | 1.00000 | -42,610.72 | 0.00 | -42,610.72 |
| **Total** | | | **$-42,610.72** | **$0.00** | **$-42,610.72** |

**Service Period: Aug 6, 2014 to Aug 6, 2014**

| Description | Consumption | Rate | Charge | Tax | Total |
|---|---|---|---|---|---|
| Late Payment Charge | 1 | 53,171.91000 | 53,171.91 | 0.00 | 53,171.91 |
| **Total** | | | **$53,171.91** | **$0.00** | **$53,171.91** |

| | | | | | |
|---|---|---|---|---|---|
| **Account Total** | | | **$10,561.19** | **$0.00** | **$10,561.19** |